UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY OZOMARO,

    Defendant.
_____/

No. 1:19-cr-00081-JTN

INDICTMENT
**PENALTY SHEET**

## ANTHONY OZOMARO

**COUNT 1**– Possession with Intent to Distribute 50 grams or more of Methamphetamine– 21 U.S.C. § 841(a)(1)

**Maximum penalty:** Not less than ten years' and up to lifetime imprisonment and/or $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than five years' and up to life [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

Date:  April 11, 2019

/s/ Erin K. Lane
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046