# Attachment 3

## Petition for Evaluation

*Apa*



STATE OF MICHIGAN
IN THE 8th DISTRICT COURT
227 W. Michigan, Kalamazoo, MI 49007
(269) 383-8837

The People of the State of Michigan

    Plaintiff,

v.

Anthony O. Ozomaro

    Defendant,

_____/

Jeffrey Getting (P43227)
Prosecuting Attorney
227 W. Michigan Ave
Kalamazoo, MI 49007
(269) 383- 8900


_____/

**Forensic Evaluation Request**

Case: 191312FY

Hon.


Ron Pichlik (P42422)
Attorney for the Defendant
151 S. Rose Street, Suite 300
Kalamazoo, MI 49007
(269) 250-5000
rpichlik@kalamazoodefender.org


## <u>PETITION FOR REFERRAL TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL</u>

  NOW COMES the Defendant, by his attorney, Ron Pichlik, who requests referral to the Center for Forensic Psychiatry to determine defendant's competency to stand trial. Defendant's criminal responsibility IS also requested.

  Said attorney answers the following questions which may be relevant to the determination of competency to stand trial.

1. The following physical and/or mental disorders may be interfering with the defendant's competency based on my knowledge of past history: Delusional thoughts, inability to recognize reality or danger.

2. These disorders manifest themselves in the defendant in the following manner: Not understanding the situations he is encountering. Not being able to recognize reality. Belief that he is the water and air and earth. He "overstands" and believes himself to be an aboriginal so the US government does not have jurisdiction over him. Even under the threat of multiple guards, he refused to get dressed or leave his cell to go to court.

3. The defendant has been unable or unwilling to participate in or cooperate with counsel towards his defense. He refuses to come out of his cell or get dressed. The sheriff's deputies were threatened with violence if they attempted to force him.

4. The Defendant is not oriented to time and place. He is claiming to be the water and air. He claims the dimensions are all infinite and accessible to him.

5. The Defendant does not recognize the significant people in his current situation. Although he has met with counsel on multiple occasions, he did not recognize her as his attorney for another active case.

6. The Defendant is not able to clearly articulate the events of his life which happened simultaneously or in conjunction with the alleged crime.

7. The Defendant is not able to follow or comprehend the procedures or testimony that would occur during the course of a trial.

8. The Defendant did know he was charged with a crime, his mental status has greatly deteriorated over the past few months.

9. The Defendant does not know what crime he is charged with.

10. The Defendant does not realize the potential penalties associated with the crime he is charged.

11. The Defendant is not capable of assisting Defense Counsel at trial or with evaluating witness testimony.

12. The delay, length and arduousness of a trial would significantly alter the mental capabilities of Defendant.

13. Defense counsel is unsure of what drugs the Defendant is currently taking.

14. Defendant responses to basic questions surrounding his matter are highly irrational. He is unable to discuss the case.

Date: August 16, 2019

Respectfully submitted,
**Kalamazoo Defender**
Attorneys at Law


BY: _____

**Ron Pichlik** (P42422)
Attorney for Defendant

2

## PROOF OF SERVICE

I certify that on _____ I served the petition for referral to determine Defendant's
competency to stand trial upon Jeffrey S. Getting, Prosecuting Attorney, by hand
delivering a copy to his office address at 227 W. Michigan Ave, Kalamazoo, MI 49007.

I declare that the statements above are true to the best of my information, knowledge, and
belief.

Date:

Respectfully submitted,
**Kalamazoo Defender**
Attorneys at Law

BY: _____
**Ron Pichlik** (P42422)
Attorney for Defendant