UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY OZOMARO,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:19-cr-00081

## **ORDER**

On April 10, 2019, a grand jury returned an indictment against defendant charging him with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).  (ECF No. 4).

On August 23, 2019, pursuant to court order, Mr. Ozomaro was committed to the custody of the United States Attorney General for evaluation pursuant to 18 U.S.C. §§ 4241 (a) and 4242(a).  A report dated January 22, 2020, from the Metropolitan Correctional Center was completed by Samantha Shelton, Psy.D., a licensed forensic psychologist, was reviewed by the Court and filed under restricted access.  (ECF No. 41).

The Court held a competency hearing on February 20, 2020, with defendant and counsel for both parties present.  Dr. Shelton was called as an expert witness for testimony and testified as to the accuracy and contents of the report.  The Court has reviewed the report and testimony.  Having considered the evidence and the oral

submissions of the parties, and for the reasons stated on the record, the Court finds that defendant is competent to stand trial.

**IT IS  SO ORDERED.**

Date February 20, 2020　　　　　　　　　　　　　　 /s/ Phillip J. Green
　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP J. GREEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge