UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY OZOMARO,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:19-cr-00081

## ORDER

This matter is before the Court on defense counsel's motion to substitute counsel (ECF No. 45). The Court conducted a hearing on the motion today, at which counsel for all parties appeared. During the hearing, defendant asked to represent himself. Having conducted the colloquy of the defendant, as set forth in the Benchbook for U.S. District Judges, the undersigned judicial officer finds that defendant has knowingly, intelligently and voluntarily waived his Sixth Amendment right to counsel. Accordingly, and consistent with the holding in *Faretta v. California*, 422 U.S. 806 (1975), defendant's request to represent himself is **GRANTED**.

    **IT IS THEREFORE ORDERED** that Mr. Sean Tilton is discharged as defendant's counsel.

    **IT IS FURTHER ORDERED** that Mr. Tilton shall hereinafter serve as stand-by counsel to the defendant.

    **IT IS SO ORDERED**.

Date February 20, 2020

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge