UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY OZOMARO,

       Defendant.
_____/

Case No. 1:19-cr-81

Hon. Janet T. Neff
United States District Judge

## DEFENDANT'S MOTION TO DISMISS
## AND BRIEF IN SUPPORT

The defendant Anthony Ozomaro, through his standby counsel, Sean R. Tilton of the Office of the Federal Public Defender, respectfully submits the attached "Order to Dismiss." Today, Mr. Ozomaro stated to standby counsel that he had mailed the Court the attached "Order to Dismiss" over one and a half months ago. Assistant United States Attorney Erin Lane objects to the relief requested in this motion.

                                          Respectfully submitted,

                                          SHARON A. TUREK
                                          Federal Public Defender

Dated: June 2, 2020                  /s/ Sean R. Tilton
                                          SEAN R. TILTON
                                          Assistant Federal Public Defender
                                          50 Louis, NW, Suite 300
                                          Grand Rapids, Michigan 49503
                                          (616) 742-7420