# Attachment 1

# *Order to Dismiss*

Order To Dismiss

Eye am demanding imediate dismissal of the underlining quote "criminal Offense", Eye am being "charged" with. Eye" am not a "Pupil" of the United State and am not Subject to United State Jurisdiction. The underlined "Criminal Offense", Eye am being "charged" with is a Extraterritorial event and I am demanding my Extraterritoriality. Eye am further more demanding my release from this United State banking institute, where eye am illegally being held for finacial gain against my will. Eye will no longer be complying with "United States" Govern-mental (Mind Control) Programing
(To Control)(Having to do with the mind)
or proceedings.

Anthony Osioni Ozomaro
Absolute Supreme Power Source