UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 1:19-CR-81

v.

                              Hon. Janet T. Neff
ANTHONY OZOMARO,                    United States District Judge

        Defendant.
                                /

**STAND-BY COUNSEL'S POSITION ON THE GOVERNMENT'S PROPOSED STATEMENT OF THE CASE AND VERDICT FORM**

Sean R. Tilton, Assistant Federal Public Defender, standby counsel for Anthony Ozomaro, has reviewed the government's proposed statement of the case (R. 81, Government's Proposed Statement of the Case, Page ID# 262-263) and the proposed elements of the offense (R. 80, Government's Trial Brief, Page ID# 258-259).  Standby counsel does not object to the proposed statement of the case or the proposed elements of the offense.  However, standby counsel attempted to discuss these proposed documents with Mr. Ozomaro on June 3 and 4, 2020, but did not receive a response.   Standby counsel does not know Mr. Ozomaro's positon on these proposed documents.

                                              Respectfully submitted,

                                              SHARON A. TUREK
                                              Federal Public Defender

Dated:  June 4, 2020                  /s/ Sean R. Tilton
                                              SEAN R. TILTON
                                              Assistant Federal Public Defender
                                              50 Louis, NW, Suite 300
                                              Grand Rapids, Michigan 49503
                                              (616) 742-7420