## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Anthony Ozomaro | | | DISTRICT JUDGE: Janet T. Neff | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:19-cr-81 | 6/16/2020 | 8:29 AM - 8:58 AM; 9:58 AM - 10:09 AM | Grand Rapids | |

### APPEARANCES

| Government: Erin Kane Lane, Stephen P. Baker | Defendant: Sean Tilton, Joanna Kloet (standby) | Counsel Designation: FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: <br> __ mute  __ nolo contendre <br> __ not guilty  __ guilty <br> __ Final Pretrial Conference <br> __ Detention (waived __ ) <br> __ Motion Hearing <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Trial <br> ✓ Other: Omnibus | __ Defendant's Rights <br> __ Waiver of Indictment <br> __ Other: <br><br> Court to Issue: <br> __ Order of Detention <br> __ Notice of Sentencing <br> __ Order Appointing Counsel <br> ✓ Other: Order | Charging Document: <br> __ Read   __ Reading Waived <br> Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> __ Presentence Report Ordered <br> __ Presentence Report Waived <br> __ Plea Accepted by the Court <br> __ Plea Taken under Advisement <br> __ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes   __ No <br> Defendant informed of right to appeal:  __ Yes   __ No <br> Counsel informed of obligation to file appeal:  __ Yes   __ No <br> Conviction Information: <br>     Date: _____ <br>     By: _____ <br>     As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Date and time set for jury trial; Defendant failed to appear.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** R. Wolters |

USA v.   Anthony Ozomaro
Case No.:   1:19-cr-81
Date:   6/16/2020

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
|  |  | Thomas Kubczak |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
|  |  |  | Court's Exhibit 1 - Incident Report |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL INFORMATION:**