UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No. 1:19-cr-81

ANTHONY OZOMARO,                        HON. JANET T. NEFF

    Defendant.
_____/

## ORDER

On April 10, 2019, a grand jury returned an indictment charging Defendant with possession with intent to distribute methamphetamine. A Final Pretrial Conference was conducted on June 8, 2020, and Trial was noticed to begin June 16, 2020. Defendant refused to be brought to Court and did not appear. In accordance with the rulings issued by the Court on the record with counsel on June 16, 2020:

**IT IS HEREBY ORDERED** that the government and standby counsel for Defendant shall, <u>not later than July 1, 2020</u>, file briefs addressing (1) the propriety of proceeding to trial with Defendant in absentia; (2) the impact on the requirements of the Speedy Trial Act, 18 U.S.C. § 3161; (3) the potential for dismissing this case in light of other pending state charges against Defendant; and (4) any other options for proper resolution.

**IT IS FURTHER ORDERED** that a Status Conference will be conducted on **July 24, 2020 at 11:00 a.m.** before Judge Janet T. Neff, 401 Federal Building, Grand Rapids, MI.

**IT IS FURTHER ORDERED**, on the government's oral motion, that the period of time until the issue of the commencement of trial is resolved is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), (h)(3)(A), subject to Sixth Circuit law.

**IT IS FURTHER ORDERED** that Joanna Christine Kloet shall serve as co-standby counsel to Defendant.

Dated:  June 16, 2020

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge